UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>CHRISTOPHER BELLIVEAU, )<br>)<br>        Defendant ) | Docket No. 2:24-mj-191-KFW |

## ORDER OF TEMPORARY DETENTION

Defendant appeared before the Court on June 12, 2024, for an initial appearance in accordance with Federal Rule of Civil Procedure 5(c). Defendant was arrested in the District of Maine on June 11, 2024, on a warrant issued by the District of Columbia. During the initial appearance, Defendant requested a hearing on the issue of his detention be continued.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court on June 17, 2024, at 11:00 a.m., for the purpose of further consideration on the issue of detention as well as any other matters ordered by this Court.

                                                                /s/ Karen Frink Wolf
                                                                 U.S. Magistrate Judge

Dated: June 12, 2024